IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DENNIS D. BIELINSKI, ) | CASE NO.:  1:16-cv-01036 |
| ) | |
| Plaintiff, ) | MAGISTRATE JUDGE |
| ) | KATHLEEN B. BURKE |
| vs. ) | |
| ) | |
| PURGAR BIELINSKI & SAMSON, LLC, et al. ) | |
| ) | **STIPULATED DISMISSAL** |
| ) | |
| Defendants ) | |

The undersigned counsel for the respective parties hereby stipulate that the above captioned action be dismissed, with prejudice, each party to bear its own fees and costs, subject, however, to the terms of the parties' Settlement Agreement which has been submitted to and reviewed by the Court. The parties further stipulate that this court shall retain jurisdiction to enforce the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

Respectfully submitted,

Law Offices of Alan J. Ross
By:  /S/ALAN J. ROSS
Alan J. Ross (0024245)
1951 West 26th St., TH3
Cleveland, Ohio 44113
Phone: 216-905-1812
Email: aross@rossiplaw.com
Counsel for Plaintiff(s)


And

Georgian Legal Services, LLC
By:  /S/JAMES A. GEORGIAN
James A. Georgian (0087432)
17929 Cinnamon Trl.
Chagrin Falls, Ohio 44023
Phone: 440-505-2737
Email: jim@georgianlegalservices.com
Counsel for Defendant(s)

**IT IS SO ORDERED:**

_____
    UNITED STATES MAG. JUDGE

Date:  8/17/2016